## ECKERT v. WILLHOIT

No. 207P90

Case below: 98 N.C. App. 340

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

## ELECTRIC SUPPLY CO. v. SWAIN ELECTRICAL CO.

No. 181PA90

Case below: 97 N.C. App. 479

Petition by defendants (Construction Co. and Venture I) for discretionary review pursuant to G.S. 7A-31 allowed 26 July 1990.

## GRANTHAM v. CHERRY HOSPITAL

No. 196P90

Case below: 98 N.C. App. 34

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

## HALL v. PARKER

No. 208P90

Case below: 98 N.C. App. 339

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

## HINTON v. BULLOCK

No. 239P90

Case below: 98 N.C. App. 340

Petition by defendant (Shirley L. Bullock) for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.